RIVKIN RADLER LLP
JOHN J. ROBERTELLI, ESQ.
21 MAIN STREET
COURT PLAZA SOUTH-WEST WING- SUITE 158
HACKENSACK, NEW JERSEY 07601
(201) 287-2460
Attorneys for Defendants John Centrillo and Borough of Dumont Police Department as to the claims for compensatory damages and non-injunctive relief/contained in the Amended Complaint only

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK VAN<br><br>*Plaintiff,*<br><br>v.<br><br>BOROUGH OF NORTH HALEDON, CHIEF JOSEPH FERRANTE, LTE. TODD DARBY, DET. DAVID PARENTA, JOHN DOE 1 (INDIVIDUAL HOLDING A POLITICAL POSITION IN THE TOWNSHIP OF NORTH HALEDON WHO PARTICIPATED IN, WAS KNOWLEDGEABLE OF, OR OTHERWISE CONSPIRED WITH THE DEFENDANTS TO HARASS AND OTHERWISE VIOLATE THE CIVIL RIGHTS OF MARK VAN); JOHN CENTRILLO, AND BOROUGH OF DUMONT POLICE DEPARTMENT; AND OFFICER MARK ROE, BOROUGH OF NORTH HALEDON POLICE DEPARTMENT.<br><br>*Defendants.* | CIVIL ACTION: 05-5595 (JLL)<br><br>**NOTICE OF APPEARANCE** |

NOTICE is hereby given that the undersigned attorney hereby appears as counsel on behalf of Defendants John Centrello and Borough of Dumont Police Department as to the claims for compensatory damages in the Amended Complaint in the above-captioned action and that all

future notices, orders, pleadings, correspondence filed or served in connection with the above-reference action shall also be served to the undersigned.

Dated: August 20, 2008

By: _____
WENDY CROWTHER, ESQ.
RIVKIN RADLER LLP
21 Main Street
Court Plaza South-West Wing- Suite 158
Hackensack, New Jersey 07601
Tel: (201) 287-2460
Fax: (201) 489-0495
wendy.crowther@rivkin.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2008, at true and correct copy of the foregoing Notice of Appearance was filed electronically using the Court's ECF system, which will automatically send notification to all parties who have requested such notification. The foregoing document may be viewed and downloaded using the ECF system.

By: _____
WENDY CROWTHER, ESQ.
RIVKIN RADLER LLP
21 Main Street
Court Plaza South-West Wing- Suite 158
Hackensack, New Jersey 07601
Tel: (201) 287-2460
Fax: (201) 489-0495

2178776 v1