RIVKIN RADLER LLP
21 MAIN STREET
COURT PLAZA SOUTH-WEST WING- SUITE 158
HACKENSACK, NEW JERSEY 07601
(201) 287-2460
Attorneys for Defendants John Centrillo and Borough of Dumont Police Department as to the claims for compensatory damages and non-injunctive relief/contained in the Amended Complaint only

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK VAN<br><br>    *Plaintiff*,<br><br>v.<br><br>BOROUGH OF NORTH HALEDON, CHIEF JOSEPH FERRANTE, LTE. TODD DARBY, DET. DAVID PARENTA, JOHN DOE 1 (INDIVIDUAL HOLDING A POLITICAL POSITION IN THE TOWNSHIP OF NORTH HALEDON WHO PARTICIPATED IN, WAS KNOWLEDGEABLE OF, OR OTHERWISE CONSPIRED WITH THE DEFENDANTS TO HARASS AND OTHERWISE VIOLATE THE CIVIL RIGHTS OF MARK VAN); JOHN CENTRILLO, AND BOROUGH OF DUMONT POLICE DEPARTMENT; AND OFFICER MARK ROE, BOROUGH OF NORTH HALEDON POLICE DEPARTMENT.<br><br>    *Defendants.* | CIVIL ACTION: 05-5595 (JLL)<br><br><br>**REQUEST BY LOCAL COUNSEL TO NO LONGER RECEIVE ELECTRONIC NOTIFICATION** |

  Request is hereby made by local counsel, Wendy M. Crowther, to no longer receive electronic notification in the within matter.

/s/
―――――――――――――――――
Wendy M. Crowther
Rivkin Radler LLP
Court Plaza South – West Wing - Suite 158
21 Main Street
Hackensack, New Jersey 07601
(201) 287-2460
