# FAUGNO & ASSOCIATES, L.L.C.

_____ATTORNEYS AT LAW_____

PAUL FAUGNO°
   CERTIFIED BY THE SUPREME COURT
   OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

LISA G. MAYER.

_____

OF COUNSEL
   MICHAEL A. QUERQUES±
   CYRULI SHANKS and ZIZMOR LLP~

125 STATE STREET
SUITE 101
HACKENSACK, NEW JERSEY 07601
TEL:  (201) 342-1969
FAX:  (201) 342-2010
E-MAIL: PaFaug@aol.com
WEB:www.faugnoassociates.com

° MEMBER N.J. AND FEDERAL BAR OF N.J. AND D.C.
± MEMBER N.J. AND D.C. BAR
· MEMBER OF N.J. BAR AND FEDERAL BAR OF N.J. AND U.S. Tax Court
~ MEMBER OF N.J. AND N.Y. and C.T. BAR

December 22, 2008

Hon. Jose L. Linares
M.L. King Jr. Federal Building & Courthouse
Room 5054
50 Walnut Street
Newark, NJ  07101

      Re:   Van v. Borough of North Haledon
          Civil Action No.:  05-5595 (JLL)

Dear Judge Linares:

     As Your Honor may be aware, the defendants in this matter have filed summary judgment motions which are returnable January 5, 2009.  As such, plaintiff's response must be filed by today.  Due to the heavy case load as well as court appointed mediation, I have been unable to attend to the motion at hand.  The undersigned hereby requests an extension of time for two weeks .to wit January 16, 2008.

     Please be advised that I do have the consent of Mr. Rainone and Mr. Robertelli regarding this request.

     Thank you for your anticipated cooperation in this regard.

               Respectfully,

               Faugno & Associates, LLC


             By_____
                 Paul Faugno

PF/sp

cc:  Anthony Rainone, Esq.
     John Robertelli, Esq.