**FAUGNO & ASSOCIATES, L.L.C.**
_____ATTORNEYS AT LAW_____

PAUL FAUGNO°　　　　　　　　　　　　　　　　　　　　　　　　125 STATE STREET
　　CERTIFIED BY THE SUPREME COURT　　　　　　　　　　　　　　　　　　SUITE 101
　　OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY　　　　　HACKENSACK, NEW JERSEY 07601

LISA G. MAYER•　　　　　　　　　　　　　　　　　　　　TEL:　(201) 342-1969
_____　　　　　　　　　　　　　　　　　　FAX:　(201) 342-2010
OF COUNSEL　　　　　　　　　　　　　　　　　　　　E-MAIL: PaFaug@aol.com
　　MICHAEL A. QUERQUES±　　　　　　　　　　　　WEB:www.faugnoassociates.com
　　CYRULI SHANKS and ZIZMOR LLP~

°　MEMBER N.J. AND FEDERAL BAR OF N.J. AND D.C.
±　MEMBER N.J. AND D.C. BAR
•　MEMBER OF N.J. BAR AND FEDERAL BAR OF N.J. AND U.S. Tax Court
~　MEMBER OF N.J. AND N.Y. and C.T. BAR

January 9, 2009

Hon. Jose L. Linares
M.L. King Jr. Federal Building & Courthouse
Room 5054
50 Walnut Street
Newark, NJ  07101

　　　　Re:　Van v. Borough of North Haledon
　　　　　　　Civil Action No.:  05-5595 (JLL)

Dear Judge Linares:

　　　　Your Honor was very generous in granting extension to the plaintiff until January 5, 2009 to file its' response.  However, it was necessary for me to travel outside of the country on a business trip which was unexpected and have just today returned to my office.  I am in the process of finalizing my oppositions to the motions.  In light of the forgoing circumstances, it is respectfully requested that plaintiff be allowed until Monday, January 12, 2009 to file its responses and the defendants have until January 19th to file their response and the motion will be returned on January 26, 2009, if all of the above is acceptable with the Court.

　　　　Please be advised that I do have the consent of Mr. Rainone and Mr. Robertelli regarding this request.

　　　　Thank you for your anticipated cooperation in this regard.

　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　Faugno & Associates, LLC

　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　Paul Faugno

PF/sp

cc:　Anthony Rainone, Esq.
　　　John Robertelli, Esq.