EXHIBIT 1

V-1

BOROUGH OF NORTH HALEDON **CONFIDENTIAL**

RESOLUTION
**November 2, 2000**

Whereas disciplinary charges have been preferred against Patrolman Mark Van and a hearing is scheduled on November 2, 2000; and

Whereas, Patrolman Mark Van is represented by Joseph Afflito, Esq., and

Whereas, the parties have come to a consensual agreement;

Now Therefore Be It Resolved as follows:

(a) Patrolman does hereby submit his voluntary resignation from the North Haledon Police Department effective November 3, 2000;

(b) The pending charges by the Acting Chief of Police are hereby withdrawn by the Acting Chief of Police;

(c) There shall be no compensation for accrued time;

(d) In the event of any inquiry by a future employer, the Borough response will be

"Patrolman Van served as a patrolman from April 28, 1999 to November 3, 2000 where he submitted his voluntary resignation effective November 3, 2000"

(e) Patrolman Van shall forthwith return to the North Haledon Police Department issued weapons, police paraphernalia and police identification cards.

(f) There shall be an exchange of releases.

I HEREBY AGREE TO THE TERMS OF THE RESOLUTION.

Mark Van

Randy George, Mayor

**CONFIDENTIAL**

November 2, 2000

I HEREBY WITHDRAW THE CHARGES PENDING AGAINST PATROLMAN MARK VAN.

Joseph Ferrante, Acting Chief of Police

**CONFIDENTIAL**

November 2, 2000

I, Patrolman Mark Van do hereby resign as a member of the North Haledon Police Department effective November 3, 2000.

Mark Van

EXHIBIT 2

A No, there was not.
Q Because of this incident with Mr. Vinca or what was alleged when Mr. Van confronted you, did you have any feelings of dislike or bad feelings of Mark Van as a result of that?
A It was more the fact that I didn't appreciate him going to the chief and saying something to the chief that I did not say.
And I asked him if that if he ever had a problem with me, he didn't confront with me, he went to the chief -- I said if you have a problem with me, somebody said I said something, please come to me and talk to me.
I'll give you an honest answer if I said it. I will tell you I said it. It was more putting things on the table, to be honest with each other. And it was left there.
Q After you had that discussion with Mark Van, you didn't really have any problems with him from that point to the time he left the department?
A No, I did not.
Q You generally know under what circumstances he left the department. Am I



correct?
A Generally, yes. Correct.
Q But the circumstances that led up to him resigning from the department, you weren't involved in those circumstances personally, were you?
A Not at all.
Q For example, do you understand that had something to do with a chase of a suspect in Hawthorne, some issues related to police reports, were you aware of that?
A That I was aware of.
Q You weren't involved in that incident at all as an officer, were you?
A Not at all.
Q So now, after Mark Van leaves, resigns from the Borough of North Haledon Police Department, when is the next time you have any contact at all with Mark Van?
A I don't recall.
Q You issued him some traffic summons at some point in time. Am I correct?
A Yes, I did.
Q Do you recall approximately how long after he resigned you issued the traffic



summons?
A Approximately two years maybe.
Q By the way, after Mark Van had left the department, were you aware in any fashion where Mark Van lived after he left the department?
A No, I was not.
Q Let me show you what's previously marked as Van-10 for identification.
MR. FAUGNO: Thank you, Anthony.
Q Do you recognize that document?
A Yes, I do.
Q That traffic summons, that was issued to Mark Van?
A Yes.
Q Can you first do me a favor, because on the second page of that there is a bunch of handwritten notations. I assume that's your handwriting?
A Yes, it is.
Q Can you please read that to me? Only because I had trouble with it.
A So do I, due to the photocopy. The first line is the number one with an MD, that



signifies one male driver. I believe it was an '85, the other is MB or '85 MB, which is the year that I put, the model, which is Mercedes Benz.
And I believe it's, I don't know what the scribble is before, it could possibly be black or blue. A lot of times when I do a slash it means I didn't know the color exactly.
And then the next line, or to the right of that would be the location, where the vehicle was stopped, which is Company Number 2 parking lot.
While checking school post unit 165 traffic, I was on Squawbrook Road observing the vehicle traveling west at Squawbrook Road, at a high rate of speed, radar unit 1292 in moving mode read 58 miles per hour, directly through the school post on Squawbrook Memorial School.
I immediately activated overhead lights and siren. Vehicle did not complete a stop, and according to a crossing guard, forced north and south traveling vehicles to stop abruptly. I believe it's once, once I got on High Mountain Road I no longer saw the car.
Some word I can't read, asked

**EXHIBIT 3**

3

DATES OF ADJOURNMENTS

DISPOSITION OF CASE

1606 - 258804

MUNICIPAL COURT
North Haledon
Passaic County, New Jersey

OFFICER COPY

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THE COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED

| DRIVER'S LICENSE NUMBER | V037852173676 71 |
|---|---|
| EXP. DATE | 07/04 |
| STATE | NJ |
| ☐ Commercial License | |

THE UNDERSIGNED CERTIFIES THAT

| Name | First: Mark | Initial: L | Last: Van... (Please Print) |
|---|---|---|---|
| Address | 251 Glenwood Drive | | |
| City | North Haledon | State: NJ | Zip Code: 07508 | Telephone |
| Birth Date: 07/05/67 | Eyes: ? | Sex: M | Weight | Height: 5-08 | Restrictions |

DID UNLAWFULLY PARK/OPERATE A

| Make of Vehicle: MB | Year: 85 | Body Type: 2DR | Color: BL | ☐ Commercial Vehicle |
|---|---|---|---|---|
| LIC. PLATE NO.: MWE58P | State: NJ | Exp. Date: 07/03 | | ☐ Hazardous Material |
| OFFENSE DATE Month: 09 | Day: 18 | Year: 02 | Time Hour: 2:54 PM | |
| LOCATION OF OFFENSE: [illegible] | Describe location: Squawbrook Road | | | |
| Municipality: North Haledon | County: Passaic | Mun. Code (Offense): 1606 | | |

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE (ON CHARGE FILED COMPLAINT)

TRAFFIC OFFENSES - (check one) - TITLE 39:

- [1] 3-4 Unregistered Vehicle
- [2] 3-29 Failure to exhibit documents ☐ D.L. or ☐ REG or ☐ INS
- [3] 3-33 Unclear plates
- [4] 3-66 Maintenance of lamps
- [5] 3-76.2f Failure to wear seatbelt
- [6] 4-81 Failure to observe signal
- [7] 4-85 Improper Passing
- [8] ☒ 4-97 Careless driving
- [9] 4-124 Failure to turn
- [10] 4-144 Failure to stop or yield
- [11] 8-1 Failure to inspect
- [12] 8-4 Failure to make repairs
- [13] 4-98 Speeding ____ MPH in a ____ MPH Zone

IN EXCESS OF SPEED LIMIT BY:
☐ 1-9 MPH ☐ 10-14 MPH ☐ 15-19 MPH ☐ 20-24 MPH ☐ 25-29 MPH ☐ 30-34 MPH
☐ 65 MPH ZONE ☐ CONSTRUCTION ZONE

PENALTY SCHEDULE ON REVERSE

PARKING OFFENSE
☐ Overtime Meter No. ____ ☐ Prohibited Area ☐ Double

OTHER TRAFFIC / PARKING OFFENSE (Describe)
School Zone

Statute No. 39:4-97 Ordinance/Code No.

THE UNDERSIGNED FURTHER STATES THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE AND WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THAT OFFENSE

| Month: 09 | Day: 18 | Year: 02 |
|---|---|---|

Signature of Complaining Witness: Ptl. [signature] Officer's ID. No. 563

NOTICE TO APPEAR

| ☐ COURT APPEARANCE REQUIRED | COURT DATE Month: 10 | Day: 07 | Year: 02 | Time Hour: 4:30 PM |
|---|---|---|---|---|

☐ Truck ☐ Accident ☐ Personal Injury ☐ Property Damage

CONDITIONS

| AREA | ☐ Business | ☒ School | ☐ Residential | ☐ Rural |
|---|---|---|---|---|
| ROAD | ☒ Dry | ☐ Wet | ☐ Snow | ☐ Ice |
| TRAFFIC | ☒ Light | ☐ Medium | ☐ Heavy | |
| VISIBILITY | ☒ Clear | ☐ Rain | ☐ Snow | ☐ Fog |

Equipment ☐ Helicopter ☐ Pace ☐ VASCAR ☐ Radar ☐ Breathalyzer

Equipment Operator's Name: | Operator ID No. | Unit Code

OFFICER COPY UTC-1 (12/01)

2.

DRIVERS LICENSE NUMBER | STATE | EXP. DATE

OFFICER COPY

MUNICIPAL COURT
[illegible]
Passaic County, New Jersey

1606 – [illegible]

DATES OF ADJOURNMENTS:

FROM: / / TO: / /

REASON:

FROM: / / TO: / /

REASON:

DISPOSITION DATE:

BY: ☐ COURT ☐ VIOLATIONS BUREAU

PLEA: FINDING:

BAIL AMOUNT $ ☐ CASH ☐ BOND

POSTED WITH:

(NAME & TITLE)

☐ BAIL AMOUNT $ DATE / /

FINE $ JAIL: DAYS:

COSTS $ DR. LIC. REVOKED: DAYS

$ REVOCATION DATE: / /

$

$

$

(See Instructions On Cover)

[illegible] (case [illegible] blue) Ca 2 [illegible]
[illegible] the school posts. Unit 165 [illegible] Sebek Rd
the veh. [illegible] (w) down Sebek Rd at a high rate of speed.
Radar unit 1896 [illegible] mode read 58 MPH directly through
the school post on Sebek + Memorial School. I immediately
activated overhead lights + siren. veh did not complete a stop
+ according to crossing guard [illegible] was traveling vehicles
[illegible] stop [illegible]. once I got on HMK I no longer
saw the car. [illegible] if a blue MB [illegible] came by
[illegible] + back tracked + found the car in

Ca. 2 P.L. Driver speeding to catch the

| | YES | NO |
|---|---|---|
| 1. Fire truck [illegible] mutual aid for a fire in Haledon. MB had no emergency | ☐ | ☐ |
| 2. lights or markings. | ☐ | ☐ |
| 3. * failure to come to a complete stop (HMK) | ☐ | ☐ |

* Speeding. * No Emerg. Light

**EXHIBIT 4**

correct?

A Generally, yes. Correct.

Q But the circumstances that led up to him resigning from the department, you weren't involved in those circumstances personally, were you?

A Not at all.

Q For example, do you understand that had something to do with a chase of a suspect in Hawthorne, some issues related to police reports, were you aware of that?

A That I was aware of.

Q You weren't involved in that incident at all as an officer, were you?

A Not at all.

Q So now, after Mark Van leaves, resigns from the Borough of North Haledon Police Department, when is the next time you have any contact at all with Mark Van?

A I don't recall.

Q You issued him some traffic summons at some point in time. Am I correct?

A Yes, I did.

Q Do you recall approximately how long after he resigned you issued the traffic

summons?

A Approximately two years maybe.

Q By the way, after Mark Van had left the department, were you aware in any fashion where Mark Van lived after he left the department?

A No, I was not.

Q Let me show you what's previously marked as Van-10 for identification.

MR. FAUGNO: Thank you, Anthony.

Q Do you recognize that document?

A Yes, I do.

Q That traffic summons, that was issued to Mark Van?

A Yes.

Q Can you first do me a favor, because on the second page of that there is a bunch of handwritten notations. I assume that's your handwriting?

A Yes, it is.

Q Can you please read that to me? Only because I had trouble with it.

A So do I, due to the photocopy. The first line is the number one with an MD, that

signifies one male driver. I believe it was an '85, the other is MB or '85 MB, which is the year that I put, the model, which is Mercedes Benz.

And I believe it's, I don't know what the scribble is before, it could possibly be black or blue. A lot of times when I do a slash it means I didn't know the color exactly.

And then the next line, or to the right of that would be the location, where the vehicle was stopped, which is Company Number 2 parking lot.

While checking school post unit 165 traffic, I was on Squawbrook Road observing the vehicle traveling west at Squawbrook Road, at a high rate of speed, radar unit 1292 in moving mode read 58 miles per hour, directly through the school post on Squawbrook Memorial School.

I immediately activated overhead lights and siren. Vehicle did not complete a stop, and according to a crossing guard, forced north and south traveling vehicles to stop abruptly. I believe it's once, once I got on High Mountain Road I no longer saw the car.

Some word I can't read, asked

Blau if a blue Mercedes Benz convertible came by. Due to the photocopy I can't read this line, I had tracked and found the car in Company Number 2 parking lot.

Driver speeding to catch the fire truck for mutual aid for a fire in Haledon. Mercedes Benz had no emergency lights or markings. Bottom line is, failure to come to complete stop on High Mountain Road. Speeding, no emergency lights.

Q Now, having read that has given me the benefit of having heard that, because I couldn't read it for the first time. Thank you.

A You're welcome.

Q When you first saw this vehicle, if you recall, did you know who the vehicle belonged to?

A No, I did not.

Q Ultimately you find the vehicle, and I think you referred to a company lot. Correct?

A Correct.

Q That's the fire department?

A Correct.

Q When you saw the car there did

you then ascertain whose car it was?

A Yes.

Q How did you go about ascertaining whose car it was?

A I saw the driver once the driver passed me, so I knew who was driving the vehicle.

Q Let me understand this. When you first saw the vehicle speeding, you didn't know who was driving the vehicle, did you?

A No, I did not.

Q When is the first time you ascertained who was driving the vehicle?

A As the vehicle passed you.

Q Passed you?

A Yes, on Squawbrook Road.

Q So you knew who it was at that time when it passed you on Squawbrook Road?

A I observed Mark Van driving.

Q At that time did you know that Mark Van was a member of the volunteer fire department?

A Yes, I did.

Q How do you know he was a member of the volunteer fire department?

A Probably from being on patrol and

seeing, you know, the officers have a meeting every Monday night, and all the volunteers go and attend.

Q When he passed you on Squawbrook Road, did you then lose sight of him after that at some point?

A Yes, I did.

Q But then you regained sight of him, am I correct, or the car, the vehicle?

A Yes.

Q When you regained sight of the vehicle was anyone in it?

A Yes.

Q Did you go into the fire department?

A No.

Q What did you do at that point?

A I called dispatch, ran the plate, asked them to get the DL of Mark Van, look up the DL by name, which they did. They gave me his information. I issued one summons and left it on the vehicle.

Q How did you know -- I believe in the back of this, if I'm I remembering correctly, you said -- did you come to understand that he

was going to a fire?

A Yes.

Q How did you come to the knowledge that he was going to a fire?

A The fire trucks were leaving as I was pulling up to the parking lot.

Q So as soon as you pulled up to the fire department, you saw the fire trucks start pulling out?

A Correct.

Q And you believe that Mark Van was on one of those fire trucks?

A I was led to believe that, yes.

Q Did you then conclude that he was speeding because he had to get to that fire department?

A Yes, I did.

Q So why did you give him a ticket?

A Because he was doing 58 miles per hour through a school zone with children on both sides of the roadway.

Q Don't the officers, the volunteer firemen -- I don't know, because I really don't know the laws in regard, but I'm just asking you -- don't they typically go fast when they get a

call that there's a fire, don't they have to get to the department as quickly as possible?

A Volunteer firemen have to abide by Title 39 laws, regardless if they had a blue light, which his vehicle did not.

But regardless, they have to abide by all laws. We often give courtesies for a certain percentage over -- if it was ten, maybe.

The fact that it was a school zone and children from Kindergarten through fourth grade are standing on the side of road, it was absolutely no way.

But if you take notice, I did issue one summons for careless driving, which was a two-point, I thought it was a courtesy I gave him, as opposed to 58 in a 25, which is double, more than double two speed limits, which is probably close to a five-point ticket. I don't know the points system that well.

I don't see that failure to stop, which would have been two points. I believe there's another statute for responding to an emergency call without an emergency light.

So in my eyes that was giving him

a courtesy. It was a two-point violation and that was the courtesy.

Q Have you ever given tickets to volunteer firemen before in your career that were going to a fire?

A I don't believe before.

Q How about after?

A Not responding to a fire.

Q When I say responding to a fire, I mean they're going to the fire department?

A No, I have not.

Q Have you ever observed volunteer firemen driving their own personal vehicle, driving in excess of the speed limit when they're responding to get to the fire department?

A As I said, within ten miles an hour, yes.

Q And you've given them a courtesy?

A Correct. The courtesies were not in a school zone at the time of the fire.

Q Did you ever go and talk to Mark Van that day and try to talk to him to see why he was doing what he was doing?

A No, I did not.

Q Just so I'm clear, when you put