**EXHIBIT 5**

Page 11

1    A         No.

2    Q         Do you know any other police officers
3    other than Pete Fay who are presently police officers
4    with the Harrington Park Police Department?
5    A         No.

6    Q         Have you ever discussed Mark Van in
7    any way, shape or form with Pete Fay?
8    A         Yes.

9    Q         When do you recall first discussing
10   Mark Van with Pete Fay?
11   A         It must have been after his appointment to
12   Harrington Park.  It had to be after his appointment
13   to Harrington Park and prior to the day in question.
14   I cannot remember exactly when it was.

15   Q         So is it fair to say that Peter Fay in
16   some fashion advised you or you became aware from Pete
17   Fay that Mark Van was an employee of the Harrington
18   Park Police Department?
19   A         It came out in conversation, yes.

20   Q         And do you recall the context of the
21   conversation?
22   A         Somewhat.

23   Q         What was the context of the
24   conversation?
25   A         We had called each other for personal reasons

1   and in the midst of that conversation he said to my,
2   he goes, by the way, do you know a Mark Van that
3   worked for Haledon Police Department? I said I know
4   Mark Van. I said he worked here. He said no, he
5   worked in Haledon. I said he worked here. I said he
6   resigned prior to my being employed here and then he
7   went to Haledone in order to keep his PTC
8   certification and worked there as a Class Two
9   Special. He says are you sure? I said I'm positive,
10  he worked here. I said I think he worked here up
11  until the end of 2000. He goes do you know what he
12  resigned for? I said no, I really don't recall. I
13  said there was about four or five police officers that
14  resigned at that time, as well, I said, but it was all
15  over the papers.
16        Q    So he actually -- Pete Fay raised to
17  you the issue do you know this guy Mark Van?
18        A    Yes, because he had applied to Harrington
19  Park, stated that he had worked for Haledon which
20  is -- I don't know if you know, it's a neighboring
21  town so he would assume that a small department like
22  North Haledon would know other police officers from
23  Haledon.
24        Q    Did he say anything to you in regards
25  to what he thought of Mark Van?

1  A     I don't recall.

2  Q     So you just don't remember one way or
3  the other if he said what his thoughts were about Mark
4  Van?

5  A     Correct.

6  Q     After that -- strike that.
7        So that I'm clear, before the incident -- when
8  I refer to the incident, I'm talking about when you
9  and Officer Darby went up to Harrington Park, before
10 that incident you knew that Mark Van worked at
11 Harrington Park?

12 A     Yes.

13 Q     And at the time you had that
14 conversation with Pete Fay you were employed by North
15 Haledon?

16 A     Yes.

17 Q     Did you have any discussions with
18 anyone about that conversation you had with Pete Fay
19 when you first had that conversation about Van working
20 in Harrington Park?  Did you discuss that with anyone
21 before the incident?

22 A     Yes.

23 Q     Who did you discuss it with?

24 A     Chief Ferrante.

25 Q     What did you tell Chief Ferrante?

1   A       I believe it was the next day I spoke to the
2   Chief and I said hey, Mark Van is working in
3   Harrington Park. I asked him if he knew. He said no.
4   He looked surprised and being a Detective that does
5   background investigations for employees, that's the
6   reason why I told the Chief.
7   Q       Did you discuss with the Chief at that
8   time anything else about Mark Van in relationship to
9   how or under what circumstances he left North Haledon?
10  A       No.
11  Q       Was anyone with you when you had that
12  conversation with the Chief?
13  A       I don't believe so, but I don't recall.
14  Q       Did you have that conversation in
15  person with the Chief?
16  A       Yes.
17  Q       Somewhere here?
18  A       In his office. His office is adjacent to
19  mine.
20  Q       So Pete Fay, when you told him that he
21  worked for North Haledon, Pete Fay seemed surprised?
22  A       Yes.
23  Q       Did he indicate to you in any fashion
24  that information wasn't disclosed to Harrington Park?
25  A       I believe he may have said that according to

**EXHIBIT 6**

Page 14

Q. Did you ever work in any other police department, other than Harrington Park Police Department?
A. Yes.
Q. What other police departments have you worked in?
A. New York City Police Department.
Q. Which department in New York City? Which precinct?
A. 34th. It's in Manhattan North.
Q. What years did you work for the New York City 34th Precinct?
A. From December '97 until late July '99.
Q. Where did you live during that time frame, when you were in the New York City precinct?
A. In Tappan, New York and in Pearl River, New York.
Q. Did you ever hear of a police officer by the name of officer James Lanari?
A. Don't know him, sir. No.
Q. I didn't ask you if you know him. Did you ever hear the name?
A. I've heard the name. Yes.
Q. When did you first hear the name?

Page 15

A. This morning.
Q. So before this morning, you had never heard that name before?
A. No, sir.
Q. You had said that you worked in the New York City Police Department until December 1999. Did you ever work in the Dumont Police Department?
A. No, sir. I said I left the New York City Police Department in July '99.
Q. I am sorry. July '99.
   Did you ever work in the Dumont Police Department?
A. Yes, sir.
Q. When did you work there?
A. I was a dispatcher from January '97 until December '97.
Q. Where did you live during that time frame, when you were a dispatcher in Dumont?
A. At my parents' house in Harrington Park, New Jersey.
Q. Have you ever lived in Dumont?
A. Yes, sir.
Q. When did you live in Dumont?
A. I lived in Dumont from August of 1999 until July of 2003.

Page 16

1  Q. What was your address in Dumont?
2  A. 69 Washington Avenue, second floor.
3  Q. Who did you live there with?
4  A. My girlfriend who is now my wife.
5  Q. Did you know, when you work at
6  Dumont, an officer by the name of John Centrello?
7  A. Yes, sir.
8  Q. Who was he, to your knowledge, at
9  that time, when you worked there?
10 A. He was a patrol officer.
11 Q. After you left -- again, excuse me.
12 You left -- when did you leave Dumont as a
13 dispatcher?
14 A. December '97.
15 Q. After December of 1997, did you stay
16 in touch with John Centrello in any fashion?
17 A. No, sir.
18 Q. Have you ever had any conversations
19 with John Centrello since you left as a police
20 officer in 1997?
21 A. I saw him at Chief Affrunti's
22 retirement dinner in Hackensack and I don't recall
23 the year. That was the last time I saw him.
24 Q. You went to Chief Ferrante's
25 retirement dinner?

Page 17

1  A. Affrunti. Chief Affrunti of Dumont
2  Police. Sorry. Sorry.
3  Q. When was that?
4  A. I don't recall.
5  Q. You saw Officer Centrello there?
6  A. Yes.
7  Q. Other than that -- seeing him there,
8  did you talk to him there?
9  A. I talked to him? Yes.
10 Q. Approximately how many people were at
11 that retirement dinner?
12 A. I don't recall. Maybe -- if I had to
13 guess, 50 to 100.
14 Q. Were there -- was that a sit down
15 dinner?
16 A. No, sir. It was informal at a bar
17 here in Hackensack.
18 Q. What bar?
19 A. I don't recall.
20 Q. You do recall talking to Centrello at
21 that dinner?
22 A. I may have. I'm -- probably. Yeah.
23 Q. You say you don't recall when that
24 dinner was?
25 A. No.

5 (Pages 14 to 17)

**EXHIBIT 7**

Page 22

    Q.    I am trying to get a general sense. Prior to this time in 2006, how often would you talk to David Parenta?
    A.    Few times a year.
    Q.    Would it be once a month or --
    A.    Not that frequent --
    Q.    -- once a week? Something like that?
    A.    Not that frequently.
    Q.    A few times a year?
    A.    Yeah.
    Q.    Do you recall, at any time, discussing Mark Van with David Parenta?
    A.    Yes.
    Q.    When do you recall discussing Mark Van with David Parenta?
    A.    Just shortly after Mark came to our Borough just in conversation with him. I said hey, we hired someone from your town.
    Q.    Do you recall when Mark Van was hired in Harrington Park? Approximately.
    A.    2004? 2000 -- some -- I'm not sure.
    Q.    If I was to tell you that he was hired sometime or he started working sometime in the early part of November 2004, would that sound about right now?

Page 23

    A.    Sounds about right.
    Q.    Whatever the exact date may have been when he started, how long after that date, when he first started with Harrington Park, approximately, did you have the conversation with David Parenta about that we hired somebody from your town?
    A.    I don't recall.
    Q.    When you had that conversation with David Parenta, you understood him to be a police officer in the Borough of North Haledon?
    A.    I understand who to be a police officer?
    Q.    Strike that. When you had the conversation with David Parenta saying we hired a guy, where did you understand David Parenta was working?
    A.    In North Haledon.
    Q.    Your conversation with him was what? If you can summarize it for me.
    A.    Just that we hired a guy from North Haledon and that was about it.
    Q.    How did you know at that time that he had worked in North Haledon?
    A.    That Mark had worked in North Haledon?

Page 24

1    Q.    Yes.
2    A.    He used to call on the phone asking
3 for one of my colleagues, Officer Cantone. We used
4 to answer our own phones which we don't do anymore.
5 There's a switch. When we were in headquarters, we
6 would throw the switch to headquarters so it
7 wouldn't ring in Closter so we would just pick up
8 the phone if we were there.
9    Q.    Do you know when Mark Van worked for
10 North Haledon?
11    A.    No, sir.
12    Q.    Just so I understand, you are
13 testifying that you learned that Mark Van worked for
14 North Haledon because when he -- when Mark Van used
15 to work for North Haledon he used to call Harrington
16 Park?
17    A.    Yes, sir.
18    Q.    Do you recall when that was, that you
19 learned that these calls were coming from North
20 Haledon?
21    A.    Sometime between December '99 and
22 when Mark was hired.
23    Q.    If I was to tell you that Mark Van
24 left the employ of North Haledon in the 2000
25 calendar year, is it your testimony that you

Page 25

1 recalled Mark Van calling from North Haledon back
2 three or four years?
3    A.    I recall that. I recall him calling.
4 Yes.
5    Q.    So let me be clear --
6    A.    Sorry.
7    Q.    -- when Mark Van first started
8 working for Harrington Park, you already knew that
9 he had worked for North Haledon. Am I correct?
10    A.    Yes.
11    Q.    Did you know under what circumstances
12 he left North Haledon?
13    A.    No, sir.
14    Q.    Explain to me this phone system. How
15 did you become aware that calls were coming from
16 North Haledon?
17    A.    I used to answer the phone when I was
18 in headquarters and the administration -- I'm sorry.
19    Q.    Go ahead.
20    A.    The administrative line would ring
21 and I would answer it and Mark used to say this is
22 Mark from North Haledon, Is Mike there? Yeah hold
23 on a minute. We had a -- I knew him from
24 conversations on the phone. But, not personally.
25 We had never met. On the caller ID, you know, you

7 (Pages 22 to 25)

**EXHIBIT 8**

1   A        I don't recall.
2   Q        So you just don't remember one way or
3   the other if he said what his thoughts were about Mark
4   Van?
5   A        Correct.
6   Q        After that -- strike that.
7            So that I'm clear, before the incident -- when
8   I refer to the incident, I'm talking about when you
9   and Officer Darby went up to Harrington Park, before
10  that incident you knew that Mark Van worked at
11  Harrington Park?
12  A        Yes.
13  Q        And at the time you had that
14  conversation with Pete Fay you were employed by North
15  Haledon?
16  A        Yes.
17  Q        Did you have any discussions with
18  anyone about that conversation you had with Pete Fay
19  when you first had that conversation about Van working
20  in Harrington Park?  Did you discuss that with anyone
21  before the incident?
22  A        Yes.
23  Q        Who did you discuss it with?
24  A        Chief Ferrante.
25  Q        What did you tell Chief Ferrante?

1  A        I believe it was the next day I spoke to the
2  Chief and I said hey, Mark Van is working in
3  Harrington Park. I asked him if he knew. He said no.
4  He looked surprised and being a Detective that does
5  background investigations for employees, that's the
6  reason why I told the Chief.
7        Q        Did you discuss with the Chief at that
8  time anything else about Mark Van in relationship to
9  how or under what circumstances he left North Haledon?
10 A        No.
11       Q        Was anyone with you when you had that
12 conversation with the Chief?
13 A        I don't believe so, but I don't recall.
14       Q        Did you have that conversation in
15 person with the Chief?
16 A        Yes.
17       Q        Somewhere here?
18 A        In his office. His office is adjacent to
19 mine.
20       Q        So Pete Fay, when you told him that he
21 worked for North Haledon, Pete Fay seemed surprised?
22 A        Yes.
23       Q        Did he indicate to you in any fashion
24 that information wasn't disclosed to Harrington Park?
25 A        I believe he may have said that according to

**EXHIBIT 9**

```
 1    years.  The court case you're saying?
 2         Q         Right.
 3         A         Probably a couple years later, I
 4    heard he was hired in Harrington Park.  At that
 5    time I never heard of Harrington Park, may sound
 6    ignorant.  I think it's a small town in Bergen
 7    County, that's what I was told.
 8         Q         From whom did you hear he was
 9    hired in Harrington Park?
10         A         I don't remember.
11         Q         Would it have been a fellow
12    police officer that you work with?
13         A         Possibly.
14         Q         And after you had heard that he
15    worked in Harrington Park, do you know under
16    strike that.
17                   In what context, whoever it was
18    that told you that, was it a conversation going
19    on or something?
20         A         I believe it was -- did you hear,
21    did you hear Mark Van has a job in Harrington
22    Park?
23         Q         What was your response?
24         A         No, I did not.
25         Q         Did you discuss it with anyone
```

Rowe - Direct

Page 27

1  after that information came to you?
2     A      No, I did not.
3     Q      Do you remember approximately
4  when that was, what year that would have been?
5     A      If I was to say approximately,
6  maybe 2003-ish. I can't say a month, time of
7  year or anything. I really don't know.
8     Q      So other than that conversation
9  with whoever it was that may have communicated to
10 you that Mark Van was working in Harrington Park,
11 when is the next time you ever heard anything
12 about Mark Van?
13    A      The next time was when a friend
14 of mine made a phone call to me and said that
15 Mark Van was in an altercation in New York City.
16    Q      Now, we'll get to that in a
17 second. Going back to my earlier question, when
18 you had heard that Mark Van was working for
19 Harrington Park, how long after that did you
20 receive this phone call from a friend of yours
21 regarding Mark Van in New York City?
22    A      I don't recall.
23    Q      I mean, was it in a close time
24 frame as you recall?
25    A      Within a year, I believe.

**EXHIBIT 10**

1  what Mr. Lanari had stated to me at the gym, that
2  officers had gotten in trouble due to lying on a
3  police report and he said something about a chase or
4  attempting to stop a vehicle and that's all I can
5  remember about the conversation.
6       Q.    Do you recall if Mark Rowe, during
7  that conversation, ever told you anything about
8  issuing a ticket -- that he had issued a traffic
9  ticket to Mark --
10      A.    He never said that to me.
11      Q.    You specifically recall him talking
12 about him working for other police agencies and
13 having some other type of problems?
14      A.    That's correct.
15      Q.    When you spoke to Mark Rowe, did he
16 know that Mark Van was working at Harrington Park?
17      A.    No.
18      Q.    You told him he was working at
19 Harrington Park --
20      A.    Yes.
21      Q.    After that conversation -- do you
22 recall how long that conversation occurred?
23      A.    How long of a time I spoke with him
24 during that?
25      Q.    Yes.