EX IT 26

Q. What is his name?
A. Blandino.
Q. B-l-a-n-d-i-n-o?
A. Yeah. Yes.
Q. Of the Norwood Police Department?
A. Who I had never met up until that time when Mr. Lanari had come up to me and they both came up to me simultaneously and we just started talking. I couldn't even tell you what we started talking about in the beginning and then he basically brought up if I knew anybody from the North Haledon Police Department. They were -- actually started to talk about it first, the incident that took place and James Lanari basically said to me that he had been in contact with the North Haledon Police Department. He refused to identify himself because of what had transpired. He said he didn't want to get in trouble because a gentleman by the name of Mark Van was involved in a fight in front of a nightclub and basically when he was being arrested he identified himself as a North Haledon Police Officer and actually showed a police ID with a badge and I was like, oh, really. He goes yeah, I tried contacting North Haledon Police Department and they did not want to accept my call because I refused to

No!

No!

identify myself and then he stated to me do you know anybody up there that, you know, could maybe, you know, pass the information along. At this point I could get into a lot of trouble because I basically un arrested somebody and there was a fight that ensued and, you know, somebody did get hurt. I was, like, you know, I know of someone who was Mark Rowe but I haven't talked to him in years. I said I am -- I'm friends with him, I'll see. So, I had contacted my friend to get in touch with him. He had given me the telephone number. I had called Mark Rowe on his cellular telephone and I told Mark the story about what happened and I was very vague about the story because I had no idea who this gentleman was, Mr. Van, never seen him before, anything, never even heard of him and he basically said to me, you know, John, he goes we had a lot of problems with him at the North Haledon Police Department. He goes he's one of the reasons why we have -- that we don't hire people on resume only anymore. We have a significant application process that we go by now because there was a lot of things that transpired here and, you know, a police officer had gotten in trouble and I said, well, this is the story about, you know, what this gentleman told me,

EX[illegible]IT 27

the Harrington Park Police Department.

Q. Did you ask Lanari why he didn't want to disclose his name to the Borough of North Haledon?

A. He -- basically he said because he had un arrested him and he didn't want it to fall back on him I guess so he would get in trouble from the NYPD cause the NYPD had no knowledge of the fight -- of, you know, what occurred.

Q. There has been testimony, I know you are not privy to it, I am giving you what my recollection of the testimony is, that you advised people from the Borough of North Haledon that the reason you didn't want to give the name is because this individual lived in New Jersey and he's not supposed to live in New Jersey when he is a New York City cop and that is what his concern was. Do you recall that?

A. I'm not a hundred -- yes. But, I'm not a hundred percent sure whether or not he lives in New York or New Jersey. That's what Mr. Lanari had said to me.

Q. I want to be clear. What reasons did you understand why Lanari didn't want his name disclosed? Give me the reasons.

A. Basically for the assault, number one and he said listen I can't give my name up solely for the reason -- not solely for the reason. Number one was for the assault but also because I live in New Jersey and I'm employed by the NYPD. But, I can't prove whether or not he lives -- I don't know where he lives now.

Q. I understand. As you saw it, your understanding was he had two reasons. One, he didn't want to show that he lived in New Jersey and two, if I am saying this correctly, he didn't arrest somebody that maybe he should have arrested --

A. From what he told me, he un arrested him.

Q. What did you understand un arrested to be?

A. From what he was telling me, the handcuffs were on behind his back and he turned to his side. From what he told me, he said I'm a cop. I was, like, holy cow. I was, like, wow, you know, I can't believe it. Yeah. From what he was telling me, he kind of, like, pushed him over to the side, kind of got him out of the group. I can't even tell you last time I was in the City. I'm sure there was a lot of people around. I guess he was able to get

EX[illegible]IT 28

the questions verbally, yes or no. A nod of the head like you're doing now, I understand what that means, but when I ask you a question it has to be answered verbally, so the court reporter can take this down.

Do you understand these general instructions?

A    Yes, sir.

Q    Procedurally how this works?

A    Yes.

Q    Can you tell me, Officer Lanari, where you presently reside?

A    521 Normandy Road, Nanuet, N-A-N-U-E-T, New York 10954.

Q    And how long have you resided in Nanuet, New York?

A    Five years, six years.

Q    In or about the calendar year 2004, particularly around October, November 2004, were you residing in Nanuet?

A    Yes.

Q    Prior to residing in Nanuet, where did you reside?

A    Manhattan.

Q    Are you married or single?

EX T 29

relationship, generally speaking back in 2004 calendar year, how often would you come to Paramus, generally speaking?

A   Probably four to five times a week.

Q   Does your wife also come to Paramus often?

A   Once a week we usually stop there for dinner.

Q   Where are you presently employed, sir?

A   New York City Police Department.

Q   What precinct in New York City?

A   Midtown North.

Q   Back in October, November 2004 were you still employed in New York City Midtown North Precinct?

A   Yes.

Q   Just geographically, so I understand, are you familiar with a club called the China Club?

A   Yes.

Q   Do you know what street that is on?

A   Yes, 47th Street.

EX IT 30

A I want to say August of 2005.

Q Now, I want to ask you a couple of questions about other police departments in New Jersey.

Do you know presently any police officers personally in the Borough of North Haledon Police Department?

A No.

Q Have you ever known any police officers personally in the Borough of North Haledon Police Department?

A No, I don't even know where North Haledon is.

Q If I was to ask you, other than names you may have learned through this short proceeding you've been involved in, do you know any names of any police officers in the Borough of North Haledon?

A No, sir.

Q Do you know any police officers in the Borough of Harrington Park?

A Not that I'm aware of.

Q Did you ever hear a police officer by the name of Pete Faye?

A No.

**EXHIBIT 31**

Q That name doesn't ring a bell to you at all?
A Not at all.
Q Did you ever hear of a New York police officer by the name of William Foley?
A No.
Q Does it ring a bell to you at all?
A No.
Q Have you ever been to the Borough of Harrington Park Police Department?
A No. That's another one I don't know where it is.
Q Do you know any police officers from the Dumont Police Department?
A Yes.
Q Who do you know from the Dumont Police Department?
A I just know John Centrello from the gym.
Q When is the first time that you ever recall meeting John Centrello?
A I can't even give you a guess, maybe 2003.
Q Under what circumstances,

**EXHIBIT 32**

nothing to investigate.

Q What was his response to that?

A I don't believe he had a verbal response he just looked at me puzzled and we both split up.

Q Did you ever after that date ever have any further conversation with him about Mark Van?

A No.

Q Did you ever tell in any conversation with Officer Centrello that you had a confrontation outside the China Club with a person who identified himself as a Mark Van?

A No.

Q Did you ever tell him that a person who identified himself as a Mark Van had a fight or some type of altercation outside the China Club?

A No.

Q As you sit here today, have you ever had an encounter with any person who identified himself as Mark Van, either in or outside the China Club?

A No. I just met the man just now.

Q Listen to my question.