GREGG F. PASTER
Gregg F. Paster & Associates
58 Main Street – 3rd Floor
Hackensack, N.J. 07601
Ph#: 201-489-0078    Fax#: 201-489-0520

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK VAN<br><br>*Plaintiff*<br><br>vs.<br><br>BOROUGH OF NORTH HALEDON, CHIEF JOSEPH FERRANTE, LTE. TODD DARBY, DET. DAVID PARENTA, JOHN DOE 1 (INDIVIDUAL HOLDING A POLITICAL POSITION IN THE TOWNSHIP OF NORTH HALEDON WHO PARTICIPATED IN, WAS KNOWLEDGEABLE OF, OR OTHERWISE COSNPIRED WITH THE DEFENDANTS TO HARASS AND OTHERWISE VIOLATE THE CIVIL RIGHTS OF MARK VAN); JOHN CENTRILLO, AND BOROUGH OF DUMONT POLICE DEPARTMENT; AND OFFICER MAR ROE, BOROUTH OF NORTH HALEDON POLICE DEPARTMENT<br><br>*Defendants*. | CASE NUMBER: 05-5595 (JLL))<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

NOTICE is hereby given that the undersigned attorney hereby appears as counsel on behalf of Defendants John Centrillo and the Borough of Dumont Police Department as to the claims for punitive damages and injunctive relief contained in the Amended Complaint, in the above-captioned matter, and that all future notices, orders, pleadings, correspondence filed or served in connection with the above-referenced action shall be served to the undersigned.

1

/s/ *Gregg F. Paster*                     Dated: December 9, 2008

GREGG F. PASTER
Gregg F. Paster & Associates
58 Main Street – 3rd Floor
Hackensack, N.J. 07601
Ph#: 201-489-0078
Fax#: 201-489-0520
Email: gpaster@pasteresq.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the within Notice of Appearance was filed electronically using the Court's ECF system, which will automatically send notification to all parties who have requested such notification. The foregoing document may be viewed and downloaded using the ECF system.

/s/ *Gregg F. Paster*                                                  Dated: January 12, 2009

GREGG F. PASTER
Gregg F. Paster & Associates
58 Main Street – 3rd Floor
Hackensack, N.J. 07601
Ph#: 201-489-0078
Fax#: 201-489-0520
Email: gpaster@pasteresq.com