# RIVKIN RADLER LLP
### ATTORNEYS AT LAW

**JOHN ROBERTELLI**
Partner
(201) 287-2460
john.robertelli@rivkin.com

January 20, 2009

**VIA ELECTRONIC FILING**
Claire C. Cecchi, U.S.M.J.
US District Court
Martin Luther King, Jr. Federal Building
and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: **Van vs. Borough of Dumont Police Department, et al.**
         Civil Action: 05-5595 (JLL)

Dear Magistrate Cecchi:

    As you know this office has been retained to represent Detective John Centrello and the Borough of Dumont Police Department in the above-captioned matter. We write to respectfully request a telephonic conference with your Honor to discuss remaining discovery and an extension of same for the reasons set forth below.

    In accordance with the Sixth Amended Pretrial Scheduling Order that your Honor signed on September 30, 2008, all fact discovery is set to end on January 23, 2009. Unfortunately, due to scheduling conflicts, the parties have been unable to take the deposition of James Lanari. By way of *Subpoena Ad Testificandum* dated December 11, 2008, this office scheduled Mr. Lanari's deposition for Monday, December 29, 2008. However, said deposition did not go forward due to Mr. Rainone's unavailability. Since that time, this office has spoken with Mr. Lanari on several occasions. Initially, Mr. Lanari stated he would not be available until March. However, after further discussion, Mr. Lanari stated that, although he would make himself available prior to the discovery end date, his availability is limited to Mondays. Of course, in the event that Det. Centrello's pending Motion for Summary Judgment is granted, this deposition will no longer be necessary.

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

www.rivkinradler.com

**RIVKINRADLER LLP**
ATTORNEYS AT LAW

Van vs. Borough of Dumont Police Department, et al.
January 20, 2009
Page 2 of 3

   This office then presented Mr. Lanari's availability to all counsel and requested a date wherein they were available. This office was informed that the first date wherein all parties are available is March 16, 2009. Accordingly, we respectfully request a telephonic conference to discuss extending discovery to accomplish this deposition.

   We thank you for courtesies and consideration.

                                        Respectfully requested,

                                        RIVKIN RADLER, LLP

                                        JOHN ROBERTELLI

cc:   All Counsel on Attached List (Via Facsimile)

## Van v. Borough of Dumont Police Dept/John Centrello

Paul Faugno, Esq.
Faugno & Associates, LLC
125 State Street
Suite 101
Hackensack, New Jersey 07601


Anthony M. Rainone, Esq.
Podvey, Meanor, Catenacci, Hildner,
Cocoziello & Chattman
One Riverfront Plaza
Newark, New Jersey 07105


Gregg F. Paster, Esq.
Gregg F. Paster & Associates
58 Main Street, Third Floor
Hackensack, New Jersey 07601

2178557 v1