# RIVKIN RADLER
### ATTORNEYS AT LAW

JOHN ROBERTELLI
Partner
(201) 287-2460
john.robertelli@rivkin.com

March 9, 2009

**VIA ELECTRONIC FILING**
Claire C. Cecchi, U.S.M.J.
US District Court
Martin Luther King, Jr. Federal Building
and Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: **Van vs. Borough of Dumont Police Department, et al.**
         Civil Action: 05-5595 (JLL)

Dear Magistrate Cecchi:

    As you know this office has been retained to represent Detective John Centrello and the Borough of Dumont Police Department in the above-captioned matter. In accordance with the Order that your Honor signed on February 23, 2009, please find enclosed a proposed Scheduling Order that addresses all outstanding discovery. Pursuant to Your Honor's Order, all counsel have conferred and have consented to the form of the proposed Order.

                           Respectfully submitted,

                           RIVKIN RADLER LLP

                           JOHN ROBERTELLI

JR
Enclosures

cc: All Counsel on Attached List (Via Facsimile)

21 Main Street • Court Plaza South
West Wing • Suite 158
Hackensack, NJ 07601-7021
Tel: 201.287.2460
Fax: 201.489.0495

926 RexCorp Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

555 Madison Avenue
New York, NY
10022-3338
Tel: 212.455.9555
Fax: 212.687.9044

www.rivkinradler.com

## Van v. Borough of Dumont Police Dept/John Centrello

Paul Faugno, Esq.
Faugno & Associates, LLC
125 State Street
Suite 101
Hackensack, New Jersey 07601


Anthony M. Rainone, Esq.
Podvey, Meanor, Catenacci, Hildner,
Cocoziello & Chattman
One Riverfront Plaza
Newark, New Jersey 07105


Gregg F. Paster, Esq.
Gregg F. Paster & Associates
58 Main Street, Third Floor
Hackensack, New Jersey 07601

2178557 v1

RIVKIN RADLER LLP
21 Main Street - Court Plaza South
West Wing - Suite 158
Hackensack, New Jersey 07601
201-287-2460
Attorney for Defendants
John Centrello and the Dumont Police Department

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK VAN<br><br>     *Plaintiff,*<br><br> v.<br><br>BOROUGH OF NORTH HALEDON, CHIEF JOSEPH FERRANTE, LT. TODD DARBY, DET. DAVID PARENTA, JOHN DOE 1 JOHN CENTRELLO, DUMONT POLICE DEPARTMENT, OFFICER MARK ROWE, AND NORTH HALEDON POLICE DEPARTMENT<br><br>     *Defendants* | CIVIL ACTION: 05-5595 (JLL)<br><br>**SCHEDULING ORDER** |

THIS MATTER, having come before the Court by way of Order on Oral Motion signed by the Honorable Claire C. Cecchi, U.S.M.J. on February 23, 2009; and the parties having conferred as to outstanding discovery;

IT IS, on this _____ day of _____, 2009;

ORDERED, AS FOLLOWS:

 1.  The deposition of James Lanari will take place on March 16, 2009.

 2.  Plaintiff, Mark Van shall supply fully responsive answers to the request for more specific answers

to interrogatories served upon him December 16, 2008, no later than March 16, 2009.

3.      Plaintiff, Mark Van shall supply copies of the Releases he provided to Officer Blandino and Officer Lanari, which relate to this case, no later than March 16, 2009.

4.      If Plaintiff fails to supply the outstanding discovery as outlined above on or before March 16, 2009, Plaintiff's Amended Complaint shall be Dismissed without Prejudice.

5.      A copy of this Order shall be served upon all counsel of record by counsel for John Centrello and Borough of Dumont Police Department within seven (7) days of counsel's receipt of this Order.

_____
Hon. Claire C. Cecchi, U.S.M.J.