

**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| MARK VAN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 05-5595 (JLL) |
| BOROUGH OF NORTH HALEDON, et al., | : ORDER |
| Defendants. | : |

**LINARES, District Judge.**

Pending before this Court are three motions – (1) a motion for summary judgment by Defendants John Centrello ("Centrello") and the Dumont Police Department ("DPD"); (2) a motion for summary judgment by Defendants Mark Rowe ("Rowe"), North Haledon Police Department ("NHPD"), Joseph Ferrante ("Ferrante"), Todd Darby ("Darby"), and David Parenta ("Parenta") (collectively, "NHPD Defendants"); and (3) a motion to dismiss punitive damages only by Centrello and the DPD. The Court evaluates the motions on the papers pursuant to Fed. R. Civ. P. 78. For the reasons set forth in the Opinion dated June 17, 2009, all claims are dismissed with prejudice.

**IT IS** on this 17th day of June, 2009,

**ORDERED** that the NHPD Defendants' motion for summary judgment (Docket Entry # 46) is **GRANTED**; and it is further

**ORDERED** that Centrello's and the DPD's motion for summary judgment (Docket Entry # 45) is **GRANTED**; and it is further

**ORDERED** that Centrello's and the DPD's motion to dismiss as to punitive damages (Docket Entry # 51) is dismissed as moot.

**SO ORDERED.**

_____
Jose L. Linares
United States District Judge