|  |  |
|---|---|
| **VAN** | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| **Plaintiff(s)** |  |
|  | Hon. Jose L. Linares |
| -vs- | Civil Action No. 05-5595 (JLL) |
| **BOROUGH OF** |  |
| **NORTH HALEDON et al** | ORDER |
| **Defendant(s)** |  |

**IT IS** on this 23rd day of June, 2009

**ORDERED THAT** the in person status/settlement conference previously scheduled for June 25, 2009 at 2:00 p.m. has been **adjourned per parties request**. The Magistrate's Court will notify all counsel of the new date.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File