UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Mark Van

Plaintiffs,

vs.

Borough of North Haledon,
Chief Joseph Ferrante,
Lte. Todd Darby, Det. David Parenta,
John Doe 1 (individual holding a
political position in the
Township of North Haledon who
participated in, was knowledgeable
of, or otherwise conspired with the
defendants to harass and otherwise
violate the civil rights of
Mark Van); John Centrillo, and
Borough of Dumont Police Department;
and Officer Mark Roe, Borough of
North Haledon Police Department

Defendants,

---

CIVIL ACTION No: 05-5595(JLL)

**NOTICE OF APPEAL**

NOTICE is hereby given that Mark Van, plaintiff, in the above named case hereby appeals to the United States Court of Appeals for the Third Circuit from an Order dated June 17, 2009 by Honorable Jose L. Linares granting Summary Judgment to the defendants.

S/Paul Faugno
Attorney for Plaintiff
125 State Street, Suite 101
Hackensack, NJ 07601