RIVKIN RADLER LLP
21 MAIN STREET - COURT PLAZA SOUTH
WEST WING- SUITE 158
HACKENSACK, NEW JERSEY 07601
(201) 287-2460
Attorneys for Defendants/Appellees Det. John Centrillo and Borough of Dumont Police Department as to the claims for compensatory damages and non-injunctive relief/contained in the Amended Complaint only

UNITED STATES COURT OF APPEALS
THIRD CIRCUIT

| | |
|---|---|
| MARK VAN<br><br>*Plaintiff/Appellant,*<br><br>v.<br><br>BOROUGH OF NORTH HALEDON; Chief JOSEPH FERRANTE; Lt. TODD DARBY; Det. DAVID PARENTA; JOHN DOE 1, Individual holding a political position in the Township of North Haledon who participated in, was knowledgeable of, or otherwise conspired with the defs to harass and otherwise violate the civil rights of Mark Van; JOHN DOE 2; JOHN DOE 3, Police Officers within the Township of North Haledon who participated in, was knowledge of, or otherwise conspired with the defs to harass and otherwise violate the civil rights of Mark Van; JOHN DOE 4; JOHN DOE 5, Officers within another known Police Department who participated in, was knowledgeable of, or otherwise conspired with the defs to harass and otherwise violate the civil rights of Mark Van; JOHN CENTRELLO; BOROUGH OF DUMONT POLICE DEPARTMENT; And Sgt. MARK ROE<br><br>*Defendants/Appellees.* | Case Number:09-3107<br>District Case Number: 05-5595 (JLL)<br><br>**NOTICE OF APPEARANCE PURSUANT TO LAR 46.2** |

NOTICE is hereby given that the undersigned attorneys hereby appear as counsel on behalf of Defendants/Appellees Det. John Centrillo and Borough of Dumont Police Department

as to the claims for compensatory damages and non-injunctive relief/contained in the Amended Complaint only in the above-captioned action and that all future notices, orders, pleadings, correspondence filed or served in connection with the above-reference action shall be served to the undersigned.

Dated: August 11, 2009

By:    /s/ John J. Robertelli
JOHN J. ROBERTELLI, ESQ.
RIVKIN RADLER LLP
21 Main Street - Court Plaza South
West Wing- Suite 158
Hackensack, New Jersey 07601
Tel: (201) 287-2460
Fax: (201) 489-0495

By:    /s/ Robert E. Spitzer
ROBERT E. SPITZER, ESQ.
RIVKIN RADLER LLP
21 Main Street - Court Plaza South
West Wing- Suite 158
Hackensack, New Jersey 07601
Tel: (201) 287-2460
Fax: (201) 489-0495

By:    /s/ Anita S. Cohen
ANITA S. COHEN, ESQ.
RIVKIN RADLER LLP
21 Main Street - Court Plaza South
West Wing- Suite 158
Hackensack, New Jersey 07601
Tel: (201) 287-2460
Fax: (201) 489-0495

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2009, at true and correct copy of the foregoing Notice of Appearance was filed electronically using the Court's ECF system, which will automatically send notification to all parties who have requested such notification. The foregoing document may be viewed and downloaded using the ECF system.

By: *[signature]*
ROBERT E. SPITZER, ESQ.
RIVKIN RADLER LLP
21 Main Street - Court Plaza South
West Wing- Suite 158
Hackensack, New Jersey 07601
Tel: (201) 287-2460
Fax: (201) 489-0495